UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MICHELE FANDINO,                                    Case No. 0:21-cv-60498-RS

    Plaintiff,                                        Hon. Rodney Smith
                                                    Judge Presiding

v.

CAWLEY & BERGMANN, LLC

    Defendant.
_____/

### NOTICE OF APPEARANCE

Undersigned counsel, Christopher P. Hahn, Esq. of Maurice Wutscher LLP, hereby gives notice of his appearance in this action as co-counsel of record for Defendant, **CAWLEY & BERGMANN, LLC**, and requests that all future pleadings, motions, notices, and correspondence by directed to the undersigned. The designated email addresses for undersigned counsel are:

        Primary email address:        litigation@MauriceWutscher.com

        Secondary email address:    chahn@MauriceWutscher.com

Dated: March 25, 2021,                              Respectfully submitted,

                                                     **CAWLEY & BERGMANN, LLC,**

By:    <u>/s/ Christopher P. Hahn</u>
        Christopher P. Hahn, Esq.
        MAURICE WUTSCHER LLP
        Florida Bar No. 87577
        2255 Glades Road, Suite 324A
        Boca Raton, FL 33431
        Direct: (772) 237-3410
        Fax: (866) 581-9302
        chahn@MauriceWutscher.com
        litigation@MauriceWutscher.com

## Certificate of Service

    The undersigned hereby certifies that on this **25th day of March, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

    /s/ Christopher P. Hahn