# EXHIBIT A



Christopher Hahn <chahn@mauricewutscher.com>

## FW: Fandino v. Cawley & Bergmann, LLC
1 message

**From:** Thomas Patti <tom@jibraellaw.com>
**Sent:** Tuesday, March 9, 2021 2:38 PM
**To:** Alison Emery <aemery@cnbfin.com>
**Subject:** Re: Fandino v. Cawley & Bergmann, LLC

Alison:

Thank you for the update. I will present this to my client and follow-up with a response shortly.

Sincerely,

### Thomas J. Patti, Esq.

**Law Offices of Jibrael S. Hindi, PLLC**

110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301

Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974

On Tue, Mar 9, 2021 at 1:29 PM <aemery@cnbfin.com> wrote:

> Thomas, at this time I have ███████████████████████████████████████ to settle this matter. Terms of settlement would be ████████████████████████████████████████████████████████
> ████████████████████████

**From:** Thomas Patti <tom@jibraellaw.com>
**Sent:** Tuesday, March 9, 2021 9:47 AM
**To:** Alison Emery <aemery@cnbfin.com>
**Subject:** Re: Fandino v. Cawley & Bergmann, LLC

Alison:

I'm being pressured to push this case. Please advise of Defendant's response to Plaintiff's settlement demand.

Note, I conducted the pre-trial conference today in this case and informed the court that this case was removed. Should your client reject Plaintiff's settlement demand, Plaintiff's future demand will incorporate, among others, the time expended today.

Sincerely,

# Thomas J. Patti, Esq.

**Law Offices of Jibrael S. Hindi, PLLC**

110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301

Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974

On Mon, Mar 8, 2021 at 12:25 PM Thomas Patti <tom@jibraellaw.com> wrote:

> Alison:
>
> Thank you for the update. Please advise of Defendant's response to Plaintiff's settlement demand.
>
> Sincerely,
>
> # Thomas J. Patti, Esq.
>
> **Law Offices of Jibrael S. Hindi, PLLC**
>
> 110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301
>
> Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974
>
> On Mon, Mar 8, 2021 at 10:50 AM Alison Emery <aemery@cnbfin.com> wrote:
>
>> Thomas, we will do agree to a consent remand based on the allegations as pled in the initial Complaint.
>>
>> Sent from my iPhone
>>
>>> On Mar 5, 2021, at 3:34 PM, Thomas Patti <tom@jibraellaw.com> wrote:
>>>
>>> Yes. I'll call you from my office.