# EXHIBIT B



**Christopher Hahn <chahn@mauricewutscher.com>**

---

## Re: *URGENT* Fandino v. Cawley & Bergmann, LLC, 0:21-cv-60498-RS
1 message

---

**Thomas Patti** <tom@jibraellaw.com>              Tue, Apr 13, 2021 at 3:02 PM
To: Christopher Hahn <chahn@mauricewutscher.com>
Cc: alison@jaxlawyer.com, Bryon Young <bryon@jibraellaw.com>, Jibrael Hindi <jibrael@jibraellaw.com>

Mr. Hahn:

Thank you for the time. As discussed, we look forward to Defendant's reply to Plaintiff's motion to remand.

My *contested* hourly rate is ███████████████████████████. I would be delighted to codify an upward adjustment in light of the novel nature of this case.

Please advise whether your client wants to settle this case - as the current posture leaves Plaintiff believing otherwise.

Sincerely,

## Thomas J. Patti, Esq.

---

### Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6TH Street, Suite 1700 | Fort Lauderdale, FL 33301

Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974

On Tue, Apr 13, 2021 at 10:09 AM Christopher Hahn <chahn@mauricewutscher.com> wrote:
> Following up.
>
> Per the below, please let me know if the attached proposed order is agreeable to submit.
>
>
> Christopher P. Hahn
> **Maurice Wutscher LLP**
> 2255 Glades Road, Suite 324A
> Boca Raton, FL 33431
> Direct: (772) 237-3410
> Cell: (949) 412-3290
> Fax: (866) 581-9302
> Email: chahn@MauriceWutscher.com
>
> *Admitted to practice law in Florida*
>
> **MauriceWutscher**
>
> ALABAMA | CALIFORNIA | FLORIDA | GEORGIA | ILLINOIS | MASSACHUSETTS | NEW JERSEY | NEW YORK |
> OHIO | PENNSYLVANIA | TENNESSEE | TEXAS | WASHINGTON, D. C.

> CONFIDENTIALITY NOTICE: This communication (including any related attachments) may contain confidential and/or privileged material. Any unauthorized disclosure or use is prohibited. If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE:  To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.

On Mon, Apr 12, 2021 at 3:56 PM Christopher Hahn <chahn@mauricewutscher.com> wrote:
Any fees that you have incurred to date may be recoverable should you ultimately prevail in this action.

However, we cannot agree to the request for fees for the motion because our co-counsel previously agreed to a consent remand over a week before this motion was filed (as noted in your certificate of conferral and by attached email on 3/25/21).


Christopher P. Hahn
**Maurice Wutscher LLP**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Direct: (772) 237-3410
Cell: (949) 412-3290
Fax: (866) 581-9302
Email: chahn@MauriceWutscher.com

*Admitted to practice law in Florida*

## MauriceWutscher

ALABAMA  |  CALIFORNIA  |  FLORIDA  |  GEORGIA  |  ILLINOIS  |  MASSACHUSETTS  |  NEW JERSEY  |  NEW YORK  | OHIO  |  PENNSYLVANIA  |  TENNESSEE  |  TEXAS  |  WASHINGTON, D. C.


CONFIDENTIALITY NOTICE:  This communication (including any related attachments) may contain confidential and/or privileged material.  Any unauthorized disclosure or use is prohibited.  If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.


IRS CIRCULAR 230 NOTICE:  To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.


On Mon, Apr 12, 2021 at 3:38 PM Thomas Patti <tom@jibraellaw.com> wrote:
Hi, Christopher

What about the issue of reasonable attorneys' fees, of which were sought in the Motion to Remand?

Sincerely,

### Thomas J. Patti, Esq.

**Law Offices of Jibrael S. Hindi, PLLC**

110 S.E. 6TH Street, Suite 1700  |  Fort Lauderdale, FL 33301

Office: (954) 628-5793 | Direct: (561) 542-8550 | Fax: (954) 507-9974


On Mon, Apr 12, 2021 at 3:32 PM Christopher Hahn <chahn@mauricewutscher.com> wrote:
Tom and Jibrael,

We have prepared the attached proposed agreed order remanding this action to Broward County Court.

Please advise if we have your consent to submit.

Christopher P. Hahn
**Maurice Wutscher LLP**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Direct: (772) 237-3410
Cell: (949) 412-3290
Fax: (866) 581-9302
Email: chahn@MauriceWutscher.com

*Admitted to practice law in Florida*

## MauriceWutscher

ALABAMA | CALIFORNIA | FLORIDA | GEORGIA | ILLINOIS | MASSACHUSETTS | NEW JERSEY | NEW YORK | OHIO | PENNSYLVANIA | TENNESSEE | TEXAS | WASHINGTON, D. C.

CONFIDENTIALITY NOTICE: This communication (including any related attachments) may contain confidential and/or privileged material. Any unauthorized disclosure or use is prohibited. If you received this communication in error, please contact the sender immediately, and permanently delete the communication (including any related attachments) and permanently destroy any copies.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed by law.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MICHELE FANDINO,                                    Case No. 0:21-cv-60498-RS

      Plaintiff,                                  Hon. Rodney Smith
                                                    Judge Presiding
v.

CAWLEY & BERGMANN, LLC

      Defendant.
_____/

**AGREED ORDER REMANDING ACTION**

THIS CAUSE came before the Court on Plaintiff's Motion to Remand [D.E. 5] (the "Motion") and the Court having reviewed the file, having been advised of agreement of counsel and being duly advised in the premises it is hereby

ORDERED AND ADJUDGED as follows:

1.      Upon the agreement of the parties, the Clerk shall remand this action to the County Court of Broward County, Florida.

2.      Upon remand, the case shall be closed and no further filings will be permitted on this docket.

Dated: _____

                                   _____
                                   Honorable Rodney Smith
                                   United States District Judge